IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVIN APONTE** | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PHILADELPHIA PHARMACY** | : | No. 14-2746 |
| *Defendant.* | : | |

**AND NOW, TO WIT:** This 18th day of July, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; hence, the Initial Pretrial Conference scheduled for Tuesday, July 22, 2014 at 2:00 p.m. has been **CANCELLED**.


**MICHAEL E. KUNZ**, Clerk of Court


**BY:**     S/Rose A. Barber
            Rose A. Barber
            Deputy Clerk


Copies sent by ECF to:
Michael A. Bowman
George A. Voegele, Jr.
Crystal M. Lacey